UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Tennessee Insurance Guaranty Association

             Plaintiff,

v.             Case No.: 3:17–cv–01070

Penguin Random House, LLC, et al.

             Defendant,

## **ENTRY OF JUDGMENT**

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/25/2017 re [20].

                  Keith Throckmorton, Clerk
                  s/ Dalaina Thompson, Deputy Clerk